```
 1              UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF NORTH CAROLINA
 2
                     STATESVILLE DIVISION
 3
     _____
 4                                  )
     UNITED STATES OF AMERICA,      )
 5                                  )
               Plaintiff,           )  5:12-cr-00054-RLV-DSC-1
 6                                  )
     vs.                            )
 7                                  )
     LUIS ENRIQUE GARCIA            )
 8                                  )
               Defendant.           )
 9   _____)

10
           TRANSCRIPT OF SENTENCING PROCEEDINGS
11       BEFORE THE HONORABLE RICHARD L. VOORHEES
             UNITED STATES DISTRICT COURT JUDGE
12                MONDAY, DECEMBER 2, 2013

13
     APPEARANCES:
14
     ON BEHALF OF THE PLAINTIFF:
15
               Steven R. Kaufman, Esquire
16             United States Attorneys Office
               227 West Trade Street, Suite 1700
17             Charlotte, North Carolina 28202
               (704) 338-3117
18             steven.kaufman@usdoj.gov

19   ON BEHALF OF THE DEFENDANT:

20             Charles Linwood Morgan , Jr., Esquire
               101 N. McDowell Street, Suite 200
21             Charlotte, North Carolina 29204
               (704) 334-9669
22             atticus1215@yahoo.com


23   ALSO PRESENT

24             JULIA DAVIS, Spanish Interpreter


25   V. Dario Stanziola, CSR (NJ), RPR, CRR
```

[ORIGINAL stamp]

Huseby, Inc.                                            www.huseby.com
1230 West Morehead Street, #408, Charlotte, NC 28208    (704) 333-9889
Case 5:12-cr-00054-KDB-DSC   Document 54   Filed 02/17/14   Page 1 of 14

 1  MONDAY MORNING, DECEMBER 2, 2013

 2

 3              THE COURT:  Is your name Luis Enrique
 4        Garcia.
 5              THE DEFENDANT: Yes.
 6              THE COURT:  Did you come before this
 7        Court in the person of Judge Keesler on
 8        February 4th of this year and plead guilty in
 9        your case?
10              THE DEFENDANT: Yes.
11              THE COURT:  Are you pleading guilty to
12        the charge in Count 1 of the Bill of
13        Indictment, which is a charge which alleges
14        conspiracy to distribute and possession with
15        intent to distribute methamphetamine?
16              THE DEFENDANT: Yes.
17              THE COURT:  Do you think you understand
18        the nature of that charge and the possible
19        penalties?
20              THE DEFENDANT: Yes.
21              THE COURT:  And in connection with this
22        plea, did you enter into a written agreement,
23        a written plea agreement between you and the
24        government?
25              THE DEFENDANT: Yes.

Huseby, Inc.                                    www.huseby.com
1230 West Morehead Street, #408, Charlotte, NC 28208    (704) 333-9889
Case 5:12-cr-00054-KDB-DSC   Document 54   Filed 02/17/14   Page 2 of 14

```
 1        THE COURT:  Are you fully satisfied with
 2   the services of your attorney in this matter?
 3        THE DEFENDANT: Yes.
 4        THE COURT:  Are you pleading guilty
 5   freely and voluntarily?
 6        THE DEFENDANT: Yes.
 7        THE COURT:  Do you understand that your
 8   plea of guilty and the conviction and sentence
 9   to be imposed in this case could result in
10   adverse immigration consequences for you in
11   that, for example, you could be ordered
12   deported from the United States?
13        THE DEFENDANT: Yes.
14        THE COURT:  All right.  Do the parties
15   stipulate to the existence of an independent
16   basis in fact to support the plea containing
17   the essential elements of the offense charged?
18        MS. FERRY: Yes, your Honor.
19        MR. MORGAN:  Yes, your Honor.
20        THE COURT:  Thank you.
21        Given the stipulation, the plea of guilty
22   and the admissions of the Defendant, the Court
23   finds there is such a factual basis, reaffirms
24   its acceptance of the plea and it judges the
25   Defendant guilty.
```

Huseby, Inc.                                      www.huseby.com
1230 West Morehead Street, #408, Charlotte, NC 28208  (704) 333-9889
Case 5:12-cr-00054-KDB-DSC   Document 54   Filed 02/17/14   Page 3 of 14

```
 1        And Mr. Garcia, did you commit the
 2   offense to which you're pleading guilty?
 3        THE DEFENDANT: Can you repeat that again,
 4   please?
 5        THE COURT:  Yes.
 6        Did you commit that offense?
 7        THE DEFENDANT: Yes.
 8        THE COURT:  All right.  Do the -- let's
 9   see, do you have a copy of the presentence
10   report there at counsel table?
11        THE DEFENDANT: Yes.
12        THE COURT:  Have you gone over that
13   carefully with your attorney with the help of
14   an interpreter, if necessary?
15        THE DEFENDANT: We didn't have a chance to
16   do that. I haven't seen it.
17        MR. MORGAN:  May I have just a moment,
18   Judge?
19        THE COURT:  Yes, sir.
20        MR. MORGAN:  Thank you, your Honor.
21        Your Honor, I think I was successful in
22   refreshing his recollection, but if you'd like
23   to review that with him, that's fine.
24        THE COURT:  Mr. Garcia, I'll come back to
25   that same question, having discussed the
```

Huseby, Inc.                                          www.huseby.com
1230 West Morehead Street, #408, Charlotte, NC 28208   (704) 333-9889
Case 5:12-cr-00054-KDB-DSC   Document 54   Filed 02/17/14   Page 4 of 14

 1   matter with your attorney, are you able to
 2   tell me without reservation that you have gone
 3   over the presentence report carefully with
 4   your attorney so that you believe you
 5   understand it?
 6        THE DEFENDANT: Yes, that's fine.
 7        THE COURT:  All right.  Are there any
 8   outstanding objections, counselor?
 9        MR. MORGAN:  May it please the Court, we
10   have made several and only left one to be
11   argued today.  But during the recess the
12   government and I met with the probation
13   officer and agreed that the remaining
14   objection about the gun enhancement would not
15   be appropriate because the evidence of the gun
16   predated the dates of the conspiracy and the
17   government had agreed not to ask for any
18   relevant conduct type of enhancements.  So I
19   believe that issue has been resolved.  And if
20   your honor accepts that, then there would be
21   no need to argue any objections.
22        THE COURT:  That agreeable with you, Mr.
23   Kaufman?
24        MR. KAUFMAN:  Yes, your Honor, we agree
25   with Mr. Morgan and don't believe that the

Huseby, Inc.                                     www.huseby.com
1230 West Morehead Street, #408, Charlotte, NC 28208  (704) 333-9889
Case 5:12-cr-00054-KDB-DSC   Document 54   Filed 02/17/14   Page 5 of 14

 1  two-level enhancement should apply in the
 2  case.
 3       THE COURT:  All right.
 4       MR. MORGAN:  If I might continue, that
 5  should reduce the total offense level to a 36
 6  with a guideline range on a criminal history
 7  category of one of 188 to 235 months.
 8       MR. KAUFMAN:  We agree, your Honor.
 9       MR. MORGAN:  I believe that's correct.
10       And we'll simply be asking for a sentence
11  at the low end of the guideline range.  And at
12  the appropriate time, I think Mr. Garcia would
13  like to say something.  I don't mean to jump
14  the gun here.
15       THE COURT:  All right, sir.  Excuse me.
16       All right.  With that change and that
17  being the only objection, the Court will adopt
18  the presentence report for all purposes of
19  sentencing except as modified.
20       It is reliable and credible and it, as
21  modified, calculates the offense level at 36,
22  criminal history Category 1, putting defendant
23  at a 188 to 235-month guideline custody range.
24       Will there be any motion for departure by
25  the government.

Huseby, Inc.                            www.huseby.com
1230 West Morehead Street, #408, Charlotte, NC 28208   (704) 333-9889
Case 5:12-cr-00054-KDB-DSC   Document 54   Filed 02/17/14   Page 6 of 14

 1        MR. KAUFMAN:  No, your Honor.
 2        THE COURT:  You may be heard, Mr. Morgan.
 3        MR. MORGAN:  Thank you, your Honor.
 4        Other than asking for a sentence at he
 5   low end of the guideline range and designation
 6   as close to home.  He has two children that
 7   live in the Watauga County area.
 8        He has asked me to point out to the
 9   Court, in addition to what's contained -- or
10   in support of what's contained in the
11   presentence report about his working history,
12   I have a letter that he's just given me from
13   Wright Brothers Construction Company in --
14   looks like they're base in Charleston,
15   Tennessee confirming his employment in 2000
16   and 2001.
17        THE COURT:  All right, sir.
18        Would you care to say anything to the
19   Court, sir?
20        THE DEFENDANT: Well, most of all, I just
21   want to apologize for my offense.  And I feel
22   very sorry.  And it's fine with what has been
23   done because I feel that I am guilty.  And I
24   agree to what's happening.  But I feel sorry
25   for my family that's staying here.  I have two

Huseby, Inc.                                           www.huseby.com
1230 West Morehead Street, #408, Charlotte, NC 28208   (704) 333-9889
Case 5:12-cr-00054-KDB-DSC   Document 54   Filed 02/17/14   Page 7 of 14

 1   children, ten and 15.  And the mother of my
 2   children, who's not healthy bodily.  But I am
 3   aware that I committed an offense by doing
 4   this.  And I apologize.  But everything that's
 5   happened is all right.  I'm sorry.
 6       THE COURT:  All right.  Thank you.
 7       We'll hear from the government.
 8       MR. KAUFMAN:  Thank you, your Honor.
 9       Consistent with the plea agreement the
10   parties have agreed that a guideline sentence
11   that's appropriate in this case.  Mr. Garcia
12   was involved in a -- approximately a four-year
13   methamphetamine trafficking conspiracy
14   responsible for well in excess of one and a
15   half kilograms of methamphetamine.
16       That said, he did plead guilty, took
17   responsibility for his actions.  And I do
18   believe that the low end of the guidelines of
19   188 months is sufficient, but not greater than
20   necessary.
21       THE COURT:  All right.  Thank you.
22       Anything further then before the Court
23   states the sentence?
24       MR. MORGAN:  Not from the Defendant.
25       THE COURT:  Okay.  The Court is persuaded

Huseby, Inc.                                  www.huseby.com
1230 West Morehead Street, #408, Charlotte, NC 28208    (704) 333-9889
Case 5:12-cr-00054-KDB-DSC   Document 54   Filed 02/17/14   Page 8 of 14

 1   that the low end of the guideline will serve
 2   the purposes of sentencing and would represent
 3   a -- an individualized sentence based on real
 4   conduct underlying the crime of conviction and
 5   otherwise the nature and circumstances of the
 6   offense and the history and characteristics of
 7   the Defendant.
 8        The Court recognizes that the offense is
 9   a serious one that spans a four-year period,
10   that was very pervasive, involved daily --
11   virtually daily activity by the Defendant.  It
12   involved a number, of course, participants
13   other than himself as described in the
14   presentence report.
15        The parties in the plea agreement agree
16   to a guideline sentence, and the sentence 188
17   months complies with that provision of the
18   agreement.  And as indicated, the Court
19   approves of the extent of the sentence, even
20   apart from the plea agreement given all the
21   facts stated in the presentence report and the
22   seriousness of the offense.
23        The Court has gone over the Defendant's
24   sentencing memorandum, which it dealt with the
25   objection, which has already been sustained

Huseby, Inc.                                www.huseby.com
1230 West Morehead Street, #408, Charlotte, NC 28208   (704) 333-9889
Case 5:12-cr-00054-KDB-DSC   Document 54   Filed 02/17/14   Page 9 of 14

 1   with the agreement of the government.
 2       So pursuant to the Sentencing Reform Act
 3   of 1984, the Booker case and 18 U.S. Code 3553
 4   (a), Defendant is committed to custody for a
 5   term of 188 months.  He'll be required to
 6   support his dependents from prison earnings
 7   while incarcerated.
 8       The Court recommends he be allowed to
 9   participate in any educational and vocational
10   opportunities available to him while
11   incarcerated.
12       Upon release from imprisonment he'll be
13   on supervised release for a term of five
14   years.  In accordance with established
15   procedures provided by the Immigration and
16   Naturalization Act 8 U.S. Code 1101 and
17   following sections, Defendant upon release
18   from imprisonment is be surrendered to a duly
19   authorized immigration official for
20   deportation.  As a condition of supervised
21   release, if ordered deported, he shall remain
22   outside the United States.
23       Should deportation not occur, he shall
24   report in person within 72 hours of release
25   from custody of the Bureau of Prisons or the

Huseby, Inc.                                    www.huseby.com
1230 West Morehead Street, #408, Charlotte, NC 28208    (704) 333-9889
Case 5:12-cr-00054-KDB-DSC   Document 54   Filed 02/17/14   Page 10 of 14

 1   Immigration and Customs Enforcement Agency to
 2   the Probation Office in the district to which
 3   he is released.
 4       As a further condition of supervised
 5   release, he shall abide by all orders and
 6   directives of United States Immigration
 7   officials.
 8       While on supervised release he shall not
 9   commit another federal, state or local crime,
10   shall comply with the standard conditions
11   adopted by this Court.
12       He shall pay the United States a special
13   assessment of $100.  He does not have the
14   ability to pay a fine or interest, the Court
15   having considered the factors from 18 U.S.
16   Code 3572 (a), so those items are waived.
17       The defendant has requested that he be
18   placed in a facility as close as possible to
19   his home, which I believe he said was Catawba
20   County?
21       MR. MORGAN:  Watauga, yes, sir.
22       THE COURT:  Watauga County.
23       MR. MORGAN:  Correct.
24       THE COURT:  And the Court will make that
25   recommendation.

Huseby, Inc.                                    www.huseby.com
1230 West Morehead Street, #408, Charlotte, NC 28208    (704) 333-9889
Case 5:12-cr-00054-KDB-DSC   Document 54   Filed 02/17/14   Page 11 of 14

```
 1      MR. MORGAN:  Thank you, your Honor.
 2      THE COURT: Will the government be
 3   dismissing Count 2?
 4      MR. KAUFMAN:  Yes, your Honor, we so
 5   move.
 6      THE COURT:  Let be it be dismissed.
 7      The -- or the consent order and judgment
 8   of forfeiture filed on February 2nd -- excuse
 9   me, February 4th, 2013 will be incorporated
10   into the judgment.
11      You have a right to appeal, Mr. Garcia.
12   To do that you would have to give a written
13   notice of your wish to appeal to the clerk of
14   this court within 14 days after the Court
15   files its sentencing judgment resulting from
16   today's hearing.
17      You may appeal without prepayment of
18   costs since you have been found to be
19   indigent.
20      Your attorney or the Clerk of Court would
21   fill out a Notice of Appeal for you if you
22   should ask one of them to do that.
23      If you gave up certain appeal rights by
24   way of your plea agreement, you should discuss
25   that with your attorney as it might affect
```

Huseby, Inc.                                       www.huseby.com
1230 West Morehead Street, #408, Charlotte, NC 28208   (704) 333-9889
Case 5:12-cr-00054-KDB-DSC   Document 54   Filed 02/17/14   Page 12 of 14

1  your decision on whether or not to not to file
2  a direct appeal or any appeal.
3        Anything further?
4        MR. KAUFMAN:  No, your Honor.
5        MR. MORGAN:  No, your Honor.  Thank you.
6        THE COURT:  All right.  Thank you all.
7  Sentence is imposed as stated.
8                    (TIME NOTED: 12:07 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Huseby, Inc.                              www.huseby.com
1230 West Morehead Street, #408, Charlotte, NC 28208      (704) 333-9889
Case 5:12-cr-00054-KDB-DSC   Document 54   Filed 02/17/14   Page 13 of 14

```
 1  UNITED STATES DISTRICT COURT

 2  WESTERN DISTRICT OF NORTH CAROLINA

 3  CERTIFICATE OF REPORTER

 4

 5

 6

 7            I certify that the foregoing transcript

 8  is a true and correct transcript from the record of

 9  proceedings in the above-entitled matter.

10

11

12

13

14            Dated this 14th day of February 2014.

15

16

17

18

19

20

21
              V. DARIO STANZIOLA, CSR, RPR, CRR
22            Notary Public No. 20011200120

23

24

25
```

Huseby, Inc.   www.huseby.com
1230 West Morehead Street, #408, Charlotte, NC 28208   (704) 333-9889
Case 5:12-cr-00054-KDB-DSC   Document 54   Filed 02/17/14   Page 14 of 14